1.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:09-CV-0074-RJC-CH**

HUGH D. GILBERT,

    **Plaintiff**,

    **v.**

JAMES PENDERGRAPH,
Former Sheriff of Mecklenburg                                              **ORDER**
County, In His Individual and
Official Capacities; MECKLENBURG
COUNTY SHERIFF'S OFFICE;
PRISON HEALTH SERVICES, INC.;
DR. ANTHONY D. SEARLES, M.D.,
In His Individual and Official
Capacities; CASEY MCGINNIS, In Her
Individual and Official Capacities;
KATHERINE
WISOR, In Her Individual and
Official Capacities; MONIQUA
HUNTER, In Her Individual and
Official Capacities; COLLEEN
BAILEY, In Her Individual
and Official Capacities; STEPHANIE
KINARD, In Her Individual and
Official
Capacities; DETENTION OFFICER DOES
1, 2, 3, In Their Individual and
Official Capacities; NURSE DOES 1,
2, 3, In Their Individual and
Official Capacities;
and PEERLESS INSURANCE
COMPANY,

    **Defendants.**

FOR GOOD CAUSE SHOWN, Defendants James Pendergraph, Mecklenburg County Sheriff's Office, Prison Health Services, Inc., Dr. Anthony Searles, Casey McGinnis, Katherine Wisor, Moniqua Hunter, and Peerless Insurance Company's second joint motion, with consent, for a 14-day extension of time within which to answer or otherwise respond to the plaintiff's complaint in this matter, up to and including April 14, 2009, is hereby allowed.

**SO ORDERED.**

Signed: March 27, 2009

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge